1  Gay L. Carroll, SBN 203803
   **Law Offices of Gay Carroll**
2  400 Capitol Mall, Suite 900
3  Sacramento, California 95814
   (916) 443-3553
4  Fax: (916) 443-2424

5
   Attorney for Plaintiff
6  ALLEN MILOVICH

7  Paul Buchanan, SBN 148319
   **Stoel Rives LLP**
8  900 SW Fifth Avenue, Suite 2600
9  Portland, OR 97204
   (503) 294-9271 direct
10 (503) 220-2480 fax

11
12                    **UNITED STATES DISTRICT COURT**
13
                      **EASTERN DISTRICT OF CALIFORNIA**
14

15 | ALLEN MILOVICH, | ) Case No. 2:05-CV-1448-MCE-DAD |
16 |                 | ) |
   | Plaintiff,      | ) STIPULATION OF COUNSEL FOR |
17 |                 | ) CHANGE OF DISCOVERY CUT-OFF |
   | v.              | ) DATE WITH ORDER |
18 |                 | ) |
19 | PACIFICORP, a corporation; PACIFIC POWER & LIGHT COMPANY, a | ) |
20 | corporation; JOHN HURD, individually and as an employee of PACIFICORP; and | ) |
21 | DOES 1 through 30, | ) |
22 |                 | ) |
23 |                 | ) |
   | Defendants.     | ) |
24

25

26      Counsel for Plaintiff ALLEN MILOVICH and for Defendant PACIFICORP (the

27 sole remaining defendant in this matter) hereby file this stipulation to change the discovery

28

                                     - 1 -

cut-off date in this matter. Good cause exists for this stipulation, wherein both counsel request the Court's approval of said stipulation.

The discovery cut-off date in this matter is currently set for August 16, 2006 pursuant to the Court's original Pretrial (Status) Scheduling Order. However, due to Plaintiff's emergency heart condition and resulting surgery he had on his heart on July 14, 2006, Plaintiff ALLEN MILOVICH was unable to have his deposition taken by Defendant's counsel on July 18, 2006 in Portland, Oregon, as previously noticed. Further, Defendant's counsel has advised Plaintiff that Defendant's counsel is unable to accommodate deposition of witnesses from August 10 through 16, 2006. At present, Plaintiff's counsel Gay Carroll and Defendant's counsel Paul Buchanan are working on finalizing deposition dates for remaining witnesses—including that of Plaintiff. Said depositions are to take place, hopefully, in the last week of August 2006 and into the next two months. Because all depositions are expected to take place in Portland, Oregon, counsel for Plaintiff and Defendant are working together to schedule all depositions—including that of Plaintiff ALLEN MILOVICH—at a time over a consecutive three- to four-day period. Counsel for both Plaintiff and Defendants do not believe that all depositions, including Plaintiff's deposition, can be completed by the current discovery cut-off date of August 16, 2006. Additionally, Plaintiff's counsel will be on vacation from July 24 through August 7, 2006, has court hearings on August 15, 16, and 21, 2006, and has a two-week trial in Sacramento County Superior Court commencing September 18, 2006.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, counsel are stipulating to extend the discovery cut-off date to have discovery close on October 31, 2006 to enable all parties to complete discovery in this matter. Counsel therefore ask this Court to approve said stipulation.

Dated: July 14, 2006             LAW OFFICES OF GAY CARROLL

                              By:     __/s/ Gay L. Carroll_____
                                      Gay L. Carroll, SBN 203803
                                      Law Offices of Gay Carroll
                                      Attorney for Plaintiff

Dated: July 21, 2006             STOEL RIVES LLP

                              By:     __/s/ Paul Buchanan _____
                                        Paul Buchanan, SBN 148319
                                      Stoel Rives LLP
                                      Attorney for Defendant

### **PROPOSED ORDER**

IT IS HEREBY ORDERED that the date for all discovery shall be completed by October 31, 2006. The remaining portion of the Pretrial (Status) Scheduling Order shall remain the same.

Dated:  July 25, 2006

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE