Gay L. Carroll, SBN 203803
**Law Offices of Gay Carroll**
400 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone: (916) 443-3553
Facsimile: (916) 443-2424

Attorney for Plaintiff
ALLEN MILOVICH

PAUL BUCHANAN (#148319)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 294-9297 (direct line)
Facsimile: (503) 220-2480

ANDREW F. BRIMMER (#179146)
MICHAEL B. BROWN (#179222)
STOEL RIVES LLP
3000 N. Lake Boulevard, Suite 1
Tahoe City, CA 96145
Telephone: (530) 583-2116
Facsimile: (530) 583-7239

Attorneys for Defendant
PACIFICORP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MILOVICH,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP, a corporation, PACIFIC POWER & LIGHT COMPANY, a corporation; JOHN HURD, individually and as an employee of PACIFICORP; and DOES 1 through 30,<br><br>Defendants. | CASE NO. 2:05-CV-1448-MCE-DAD<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE AND AMEND SCHEDULING ORDER** |

Through their respective counsel, defendant PacifiCorp and plaintiff (collectively the

-1-

"Parties") hereby enter into the following stipulation, seeking to change certain pretrial deadlines and the trial date in the above-referenced matter.  Good cause exists for this stipulation, and all parties join in this stipulation.[1]

This lawsuit was removed to this Court on July 18, 2005.  This Court issued a Pretrial (Status) Scheduling Order on October 27, 2005.  That Order required the parties to complete discovery by August 16, 2006.  It also required that dispositive motions be heard by September 11, 2006.

On July 25, 2006, plaintiff filed a Stipulation of Counsel for Change of Discovery Cut-Off Date, seeking to move the date for the close of discovery to October 31, 2006 (but neglecting to seek to move other pretrial deadlines).  There was good cause for that stipulation, including the fact that plaintiff's emergency heart condition and resulting surgery had prevented the parties from taking his deposition.  The Court granted that stipulation on July 25, 2006.

The parties have been working to complete discovery, and do not seek an extension of that deadline.  (Plaintiff's deposition now has been taken, and the parties are scheduling other depositions so as to complete discovery in time for the October 31, 2006 deadline.)  The parties wish, however, to adjust the previously-established pre-trial deadlines to accommodate the new October 31 date for the close of discovery.  The parties' proposed new deadlines are as follows:

- Deadline for hearing dispositive motions:  December 22, 2006; and
- Deadline for disclosure of expert witnesses:  sometime in or after March 2006 (at least 60 days after the resolution of dispositive motions).

These new deadlines would allow the parties time to complete discovery prior to filing any dispositive motions.  In particular, PacifiCorp intends to file a motion for summary judgment.  Having to file that motion before the close of discovery would be disadvantageous

---

[1] Plaintiff's former employer, PacifiCorp, does business under the name 'Pacific Power & Light Company.'  There is no such entity or employer as Pacific Power & Light Company.  It is improperly named as a defendant.  Further, former defendant John Hurd was dismissed from this case on March 28, 2006.

-2-

to PacifiCorp.  Similarly, plaintiff will need complete discovery in order to respond.  These new deadlines would also allow the parties time to designate experts for trial, after the resolution of dispositive motions.

In addition, the parties wish to continue the January 17, 2007 trail date in this matter.  Moving the trial date back to sometime in or after June, 2007, will allow time for resolution of dispositive motions and completion of expert discovery.  It would also accommodate plaintiff's current trial calendar, which includes a trial on February 2, 2007—immediately following the currently-set 10-day trail in this case.

The parties stipulate to the foregoing, and respectfully request that the court enter an order conforming with this stipulation.

Dated:  September 11, 2006              LAW OFFICES OF GAY CARROLL

                                        By:   */s/Gay L. Caroll*
                                              Gay L. Carroll, SBN 20383
                                              Law Offices of Gay Carroll
                                              Attorney for Plaintiff

Dated:  September 11, 2006              STOEL RIVES LLP

                                        By:   */s/Paul Buchanan*
                                              Paul Buchanan, SBN 148319
                                              Stoel Rives LLP
                                              Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties and GOOD CAUSE APPEARING THEREFOR, THE COURT ORDERS AS FOLLOWS:

1. The stipulation of the parties regarding the Scheduling Order is hereby approved as follows:

    a. Deadline for hearing dispositive motions: December 11, 2006;

    b. Deadline for disclosure of expert witnesses: March 16, 2007;

    c. The final pretrial conference of December 18, 2006 is reset for May 21, 2007 at 02:30 p.m. A joint pretrial statement is due on or before May 7, 2007; and

    d. The trial date of January 17, 2007 is reset for June 27, 2007 at 09:00 a.m.

IT IS SO ORDERED.

Dated: September 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

-1-